IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CF LANE, LLC
agent of
Meadow Crossing Apts,

   Plaintiff,

    v.

MONIQUE STEPHENS
AND ALL OTHER OCCUPANTS,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-791-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Rockdale County. This Court has no subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Rockdale County.

T:\ORDERS\14\CF Lane, LLC\r&r.wpd

SO ORDERED, this 17 day of April, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge